IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES A. BROOKS,

    Petitioner,

v.

PAROLE OFFICER M. BABB;
BOARD OF PAROLE HEARINGS
CHAIRMAN JAMES DAVIS,

    Respondents.

No. C 13-1191 SBA (PR)

**JUDGMENT**

    Pursuant to the Court's Order Granting Respondent's Motion to Dismiss signed today, the petition is DISMISSED as unexhausted. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 3-31-14

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge